1 | **KRUTCIK & GEORGGIN**
James A. Krutcik, Esq. (SBN 140550)
2 | A. Nicholas Georggin, Esq. (SBN 170925)
Steven D. Sperling, Esq. (SBN 188709)
3 | 26021 Acero
Mission Viejo, CA 92691
4 | Tel: (949) 367-8590; Fax: (949) 367-8597
E-mail: ngeorggin@kglawoffices.com
5 |
Attorneys for Representative Plaintiff,
6 | WILLIAM MINTER, JR. and Class Members

7 | **RASTEGAR & MATERN**
Matthew J. Matern (SBN 159798)
8 | Douglas W. Perlman (SBN 167203)
1010 Crenshaw Boulevard, Suite 100
9 | Torrance, CA 90501
Tel: (310) 218-5500; Fax: (310) 218-1155
10 | E:mail: mjm@rastegar-matern.com

11 | Attorneys for Representative Plaintiff, MAURICIO
GONZALEZ and Class Members

12

13       **IN THE UNITED STATES DISTRICT COURT**

14       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15       **SOUTHERN DIVISION**

16

| | |
|---|---|
| 17   WILLIAM MINTER, JR., individually; ) <br> and on behalf of all those similarly ) <br> 18   situated, ) <br><br> 19           Plaintiffs, ) <br><br> 20    ) <br> vs. ) <br> 21   ) <br> OFFICEMAX, INC., a Delaware ) <br> 22   corporation; OFFICEMAX, INC. fka ) <br> BOISE CASCADE CORPORATION, a ) <br> 23   Delaware corporation; BOISE OFFICE ) <br> SOLUTIONS, corporate form ) <br> 24   unknown; and DOES 1 through 500, ) <br> inclusive, ) <br> 25   ) <br>          Defendants. ) <br> 26   ) <br> 27   ) <br> 28  _____ ) | CASE NO. CV07-4839-DDP (PJWx) <br> C/W SACV 07-00452-JVS (MLGx) <br><br> Judge: James V. Selna <br> Courtroom:      10C <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF RULE 23 CLASS** <br><br> **DATE: October 1, 2012** <br> **TIME: 1:30 p.m.** <br> **DEPT: 10C** <br><br> **[Fed. Rules Civ. Proc., rule 23(b)(3)]** <br><br> **[Memorandum of Points and Authorities; Supporting Declarations; and [Proposed] Order filed concurrently herewith]** |

1

1  MAURICIO GONZALEZ, on behalf of  )  **TRIAL DATE:**   Not set
   himself and all others similarly situated, )
2   )
3              Plaintiffs, )
    )
4  vs.  )
    )
5  OFFICEMAX NORTH AMERICA, )
   INC. and DOES 1 through 50, )
6  inclusive, )
    )
7            Defendants. )

8  **TO THIS HONORABLE COURT, ALL PARTIES AND THEIR**

9  **RESPECTIVE ATTORNEYS OF RECORD:**

10      **PLEASE TAKE NOTICE** that on October 1, 2012, at 1:30 p.m., or as soon

11  thereafter as the matter may be heard before Judge James V. Selna in Courtroom 10-C of

12  the above-entitled Court located at 411 West Fourth Street, Santa Ana, California 92701-

13  4516, Plaintiffs, William Minter, Jr. and Mauricio Gonzalez, individually and on behalf

14  of all other persons similarly situated, (hereinafter collectively "Plaintiffs"), will move

15  the Court to certify that this consolidated action, and each cause of action therein, against

16  OfficeMax Incorporated and OfficeMax North America, Inc. (hereinafter collectively

17  "OfficeMax") is maintainable as a class action, or alternatively; to certify that

18  subclass/sub-issues are suitable for class treatment under Federal Rules of Civil

19  Procedure, rule 23(b)(3).

20      This motion is made following the conference of counsel pursuant to Local Rule

21  7-3, which took place on January 16, 2009.

22      Plaintiffs will and hereby do move for an order certifying the following class under

23  Federal Rules of Civil Procedure, rule 23(b)(3):

24      **All non-exempt hourly employees employed by OfficeMax in its retail**

25      **stores in the State of California between March 16, 2003 and the date**

26      **notice is mailed to the class.**

27  / / /

28  / / /

*Notice of Motion for Class Certification.d2.wpd*      Plaintiffs' Notice of Motion and Motion for Class Certification

Further, pursuant to Federal Rules of Civil Procedure, rule 23(c)(5), Plaintiffs seek certification of the following four subclasses:

1. <u>Meal Period subclass</u>: Any class member whose punch data shows one or more shifts of five hours or more in which a meal period is not documented;

2. <u>Second Meal Period subclass</u>: Any class member whose punch data shows one or more shifts of ten hours or more in which at least two meal periods are not documented;

3. <u>Rest Break Subclass</u>:  Any class member whose punch data shows: a) one or more shifts of three and one-half hours or more in which at least one rest break is not documented, or b) one or more shifts of six hours or more in which at least two rest breaks are not documented, or c) one or more shifts of ten hours or more in which at least three rest breaks are not documented;

4. <u>Wage Due Upon Termination Subclass</u>: Any member of subclass 1, 2, or 3 who is no longer employed by OfficeMax as of the date notice is given. Plaintiffs will also seek an order approving William Minter, Jr. and Mauricio Gonzalez as class representatives.

Further, Plaintiffs seek an order approving the designation of Krutcik & Georggin and Rastegar & Matern as Class Counsel.

This motion is based on this Notice, the Memorandum of Points and Authorities; Declarations of A. Nicholas Georggin, Esq. and Matthew J. Matern, Esq.; Supporting Declarations; and Exhibits filed concurrently herewith, the pleadings and other papers on file in this matter, as well as any other evidence presented at the time of the hearing.

DATED: August 24, 2012                  **KRUTCIK & GEORGGIN**

By: _____
James A. Krutcik, Esq.
A. Nicholas Georggin, Esq.
Steven D. Sperling, Esq.
Attorney for Representative Plaintiffs and
Class Members

3

1     Further, pursuant to Federal Rules of Civil Procedure, rule 23(c)(5), Plaintiffs seel
2  certification of the following four subclasses:
3          1.     <u>Meal Period subclass</u>: Any class member whose punch data shows one o
4                 more shifts of five hours or more in which a meal period is not documented
5          2.     <u>Second Meal Period subclass</u>: Any class member whose punch data show
6                 one or more shifts of ten hours or more in which at least two meal period
7                 are not documented;
8          3.     <u>Rest Break Subclass</u>:  Any class member whose punch data shows: a) on
9                 or more shifts of three and one-half hours or more in which at least one res
10                break is not documented, or b) one or more shifts of six hours or more in
11                which at least two rest breaks are not documented, or c) one or more shift
12                of ten hours or more in which at least three rest breaks are not documented
13         4.     <u>Wage Due Upon Termination Subclass</u>: Any member of subclass 1, 2, or
14                who is no longer employed by OfficeMax as of the date notice is given
15                Plaintiffs will also seek an order approving William Minter, Jr. an
16                Mauricio Gonzalez as class representatives.
17     Further, Plaintiffs seek an order approving the designation of Krutcik & Georggir
18  and Rastegar & Matern as Class Counsel.
19     This motion is based on this Notice, the Memorandum of Points and Authorities
20  Declarations of A. Nicholas Georggin, Esq. and Matthew J. Matern, Esq.; Supporting
21  Declarations; and Exhibits filed concurrently herewith, the pleadings and other papers or
22  file in this matter, as well as any other evidence presented at the time of the hearing.
23  DATED: August 24, 2012                    **KRUTCIK & GEORGGIN**

25                                   By: _____
26                                        James A. Krutcik, Esq.
                                          A. Nicholas Georggin, Esq.
27                                        Steven D. Sperling, Esq.
                                          Attorney for Representative Plaintiffs and
                                          Class Members
28

DATED: August 24, 2012

**RASTEGAR & MATERN**

By: _____

Douglas W. Perlman, Esq.
Attorney for Representative Plaintiffs and
Class Members

4